EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2002

at____o'clock and____min.____M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO.  CR02 00207 DAE |
| Plaintiff, | INDICTMENT |
| vs. | (18 U.S.C. § 922(g)) |
| NORMAN CARLOS, JR., | |
| Defendant. | |

INDICTMENT

The Grand Jury Charges:

On or about March 15, 2002, in the District of Hawaii, the defendant NORMAN CARLOS, JR., then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a TRW Model M-14.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: _____5/22/02_____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Carlos;*
"Indictment"