ORIGINAL

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | CR 02-00207DAE-01 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | CR-07-31-AHM |

FILED IN THE DISTRICT OF HAWAII
APR 04 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| NORMAN CARLOS, JR. | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/10/2006  TO 2/9/2009 |

**OFFENSE**

Felon in Possession of Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California (Ventura) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____                          _____
Date                                                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California (Ventura)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DEC 28 2006                                        ALICEMARIE H. STOTLER
Effective Date                                     United States District Judge