**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

April 6, 2007

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

United States District Court
Central District of California
Office of the Clerk
312 N. Spring Street, Room G-8
Los Angeles, CA. 90012

RE:    U.S.A. vs. Norman Carlos, Jr.
       USDC HAWAII CR. 02-00207DAE-01
       **USDC C.D. California Case Number 2:07-cr-00031-AHM-1**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed the following documents:

( X ) Certified copy of the Indictment
( X ) Certified Copy of the Judgment
( X ) Certified copy of the Transfer of Jurisdiction
( X ) Certified Copy of the Docket Sheet

Please acknowledge receipt on the copy of this letter and return.

Very truly yours,

SUE BEITIA , Clerk

by: [signature]
Deputy Clerk, Docketing Section

encl.
cc:    U.S. Probation - Honolulu, Hawaii
       U.S. Probation - Central District of California (Ventura)

Receipt is acknowledged by:  Clerk, U.S. District Court

Dated: _____    by: _____